OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

LIONEL G. SNYDER,
    Plaintiff,

v.

SCOTT CROFOOT,
in his official and personal capacities,
    Defendant
_____/

Case No.: 24-cv-12813
Honorable _____

**COMPLAINT**
**JURY DEMANDED**

## COMPLAINT

NOW COMES Plaintiff LIONEL G. SNYDER, by and through counsel, and complains as follows:

### PARTIES

1. Plaintiff LIONEL G. SNYDER is the co-owner of real property commonly known as 1580 South Hemlock Road in Hemlock (Richland Township), Michigan.

2. Defendant SCOTT CROFOOT is the local code enforcement officer, zoning administrator, and building official for the Richland Township government; he is sued in both his official and personal capacities.

### JURISDICTION

3. This is a civil action brought inter alia pursuant to 42 U.S.C. § 1983 seeking relief against Defendant for his violations of the United States Constitution and Michigan law.

1

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, which authorizes federal courts to decide cases concerning federal questions; 28 U.S.C. § 1343, which authorizes federal courts to hear civil rights cases; 28 U.S.C. § 2201, which authorizes declaratory judgments via the Declaratory Judgment Act; and 28 U.S.C. § 1367, which authorizes supplemental state law claim(s).

5. Venue is proper in this Court as Defendant conducts or conducted her business in the Eastern District of Michigan.

## GENERAL ALLEGATIONS

6. Defendant SCOTT CROFOOT is the local code enforcement officer, zoning administrator, and building official for the Richland Township government.

7. He oversees and administers Richland Township's Rubbish Control Ordinance and other like-kind ordinances.

8. Without permission or authority from Plaintiff LIONEL G. SNYDER or (on information and belief) any other owner, Defendant SCOTT CROFOOT conducted a search of the premises and curtilage of 1580 South Hemlock Road on October 31, 2023.

9. On information and belief, Defendant SCOTT CROFOOT did not secure a warrant prior to conducting the October 31, 2023 search.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

2

10. Defendant SCOTT CROFOOT knows or should know that a warrant is required before entering the constitutionally protected areas he searched October 31, 2023.

11. On information and belief, Defendant SCOTT CROFOOT believes and asserts that he can and does, in violation of the Fourth Amendment, enter private property as a government agent without securing a warrant prior to conducting a search.

12. On information and belief, Defendant SCOTT CROFOOT never obtains a warrant prior to conducting like-kind searches.

13. Defendant SCOTT CROFOOT is being sued for similar Fourth Amendment violations before this Court.

14. During the October 31, 2023 search, Defendant SCOTT CROFOOT collected information, took photographs, and generated other documentation from information he was not entitled to have access to and only obtained such by illegally and warrantlessly conducting a search.

15. The search conducted on October 31, 2023 was constitutionally unreasonable.

## COUNT I
## FOURTH AMENDMENT VIOLATIONS
## 42 U.S.C. § 1983

16. The prior allegations are reincorporated herein.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

17. The Fourth Amendment provides "[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

18. In the absent of consent, a warrant, or an exemption to the warrant requirement, the practice of warrantlessly searching private property, like Plaintiff LIONEL G. SNYDER's private land searched on October 31, 2023, violated the Fourth Amendment to the United States Constitution.

19. The illegal and unconstitutional search undertaken on October 31, 2023 was without consent or the prior knowledge of Plaintiff LIONEL G. SNYDER or any other owner.

20. Plaintiff LIONEL G. SNYDER has experienced harm by the unconstitutional actions undertaken by Defendant SCOTT CROFOOT in contradiction of the Fourth Amendment to the United States Constitution.

21. On information and belief, Defendant SCOTT CROFOOT (both in both capacities) has a practice and custom of warrantlessly and permissionlessly entering private properties to conduct searches contrary to

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

the Fourth Amendment; discovery will bear out the total scope of those violations consisting of secret unannounced inspections and searches.

22. The actions and/or inactions of Defendant SCOTT CROFOOT, in his official capacity, is the result of a policy, custom, and/or practice of Richland Township pursuant to *Monell*.

23. The conduct of Defendant SCOTT CROFOOT was reckless and undertaken with complete indifference and wanton disregard to the federal rights of Plaintiff LIONEL G. SNYDER to be free from violations of the Fourth Amendment to the United States Constitution.

### COUNT II
### TRESPASS

24. The prior allegations are reincorporated herein.

25. Plaintiff LIONEL G. SNYDER is in lawful possession and control of his private property in Hemlock, Michigan.

26. Defendant SCOTT CROFOOT trespassed upon Plaintiff LIONEL G. SNYDER's private property without lawful authority or consent.

27. Due to governmental immunity, a damages award is not sought for the trespass under this Count; however, an injunctive order and declaratory relief is sought against Defendant LIONEL G. SNYDER for his illegal practice of secret, unannounced trespassing upon private property as

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

has been an ongoing practice and/or asserted to be an ongoing right to do so by Defendant SCOTT CROFOOT.

## JURY DEMAND

28. A jury trial is demanded for all triable issues.

## RELIEF REQUESTED

29. WHEREFORE, Plaintiff LIONEL G. SNYDER respectfully requests this Court to—

    a. Declare, by a declaratory judgment, that the actions of Defendant SCOTT CROFOOT to have violated and continues to violate the Fourth Amendment to the United States Constitution;

    b. Enter an injunction precluding the policy and practice of unannounced warrantless permissionless searches (aka compliance checks) of Plaintiff LIONEL G. SNYDER's private property;

    c. Enter an injunction requiring the destruction and/or expungement of all information, photographs, and/or data extracted (in whatever medium or form) due to the illegal search conducted on October 31, 2023 and other secret

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

search undertaken of Plaintiff LIONEL G. SNYDER's private property

d. Enter an order for an award of applicable damages against Defendant SCOTT CROFOOT in his personal capacity;

e. Enter an order for an award of punitive damages against Defendant SCOTT CROFOOT in his personal capacity;

f. Enter an order for an award of actual reasonable attorney fees and litigation expenses pursuant to 42 U.S.C. § 1988 and all other applicable laws, rules, or statutes; and

g. Enter an order for all such other relief the court deems warranted and/or equitable.

RESPECTFULLY SUBMITTED:

*Philip L Ellison*

OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
Attorney for Plaintiff
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Date: October 24, 2024